**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Labertha Downer, Elijah White, John White, Michael
Gambrell, Dorothy Waters, and John Doe, Defendants,

Of whom Michael Gambrell is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-001086

―――――――――――

Appeal From Greenville County
Tarita A. Dunbar, Family Court Judge

―――――――――――

Unpublished Opinion No. 2022-UP-366
Submitted September 23, 2022 – Filed September 26, 2022

―――――――――――

**AFFIRMED**

―――――――――――

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Amanda Stiles, of South Carolina Department of Social
Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, as the Guardian ad Litem.

_____

**PER CURIAM:**  Michael Gambrell appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Gambrell's counsel.

**AFFIRMED.**[1]

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

_____

[1] We decide this case without argument pursuant to Rule 215, SCACR.